THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DRY DOCK CORLEARS PROPERTIES, INC., Appellant.

Argued March 11, 1942; decided June 4, 1942.

*Grover C. Sniffen* for appellant. The Fire Commissioner's order does not come within the purview of section C19–161.0 of the Administrative Code (L. 1937, ch. 929). (*Matter of Bonnaffe,* 23 N. Y. 169; *People ex rel. Emerick* v. *Board of Fire Comrs.,* 86

N. Y. 149; *Bristor* v. *Smith*, 158 N. Y. 157; *People* v. *Kaye*, 212 N. Y. 407.) The order of the Fire Commissioner is void inasmuch as each item therein contained is now under the exclusive jurisdiction of the Superintendent of the Department of Housing and Buildings. (N. Y. City Charter, § 643, effective January 1, 1938.) Chapter 26 of the Administrative Code outlines in detail the provisions of section 643 of the Charter. Under chapter 26 of the Code, the Department of Housing and Buildings is given the express power to order the installation. (Administrative Code, §§ C26–1381.0, C26–1382.0, C26–1383.0, C26–1384.0, C26–1385.0.)

*William C. Chanler, Corporation Counsel* (*James Hall Prothero, Paxton Blair* and *David P. McKean* of counsel), for respondent, The Fire Commissioner's order to repair the standpipe system was within the purview and intendment of section C19–161.0 of the Administrative Code and section 491 of the Charter. (*People* v. *Kaye*, 212 N. Y. 407; 213 N. Y. 648; *People* v. *131 Boerum Street Co.*, 233 N. Y. 268; *United States Trust Co.* v. *Blake*, 234 N. Y. 273; *Matter of Baerenklau* v. *Thatcher*, 269 N. Y. 494.) The Fire Commissioner had the duty and authority to issue the order here involved. The jurisdiction of the Superintendent of the Department of Housing and Buildings relative to original construction does not conflict with the Fire Commissioner's jurisdiction to issue violation notices requiring an owner to refit and make usable an existing standpipe. (*Matter of Baerenklau* v. *Thatcher*, 269 N. Y. 494.)

*Per Curiam.* Under New York City Charter (effective Jan. 1, 1938), section 488, subdivision 3, and section 491, the Fire Commissioner has jurisdiction, when an existing standpipe system no longer functions because certain parts or appurtenances have been broken or are missing, to order the repair or restoration of such parts or appurtenances provided no reconstruction of the building itself be required.

The judgment should be affirmed.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ., concur.

Judgment affirmed.